# United States District Court
## EASTERN DISTRICT OF VIRGINIA

05-0403M-01

## WARRANT FOR ARREST

UNITED STATES OF AMERICA

v.

**DARREN WILLIAMS**

CASE NO. 1:05-M-127

FILED
JUL 18 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

E/D VA ALEXANDRIA

RECEIVED U.S. MARSHALS
2005 JUN -1 P 3:10

DOB: [dob]

To: The United States Marshal and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest   DARREN WILLIAMS
and bring him or her forthwith to the nearest magistrate judge to answer a(n)

♦ Indictment  ♦ Information  ♦ Complaint  ♦ Order of Court   Violation Notice  ♦(X) PRETRIAL Violation Petition
( ) Probation Violation

charging him or her with (brief description of offense)  violation

Violation of Conditions of Release

in violation of Title 18  United States Code, Section(s) 3148

Barry R. Poretz
Name of Issuing Officer

[signature]
Signature of Issuing Officer

(By) Deputy Clerk

United States Magistrate Judge
Title of Issuing Officer

6/31/18
Date and Location

Bail fixed at $ _____  by _____

### RETURN
This warrant was received and executed with the arrest of the above-named defendant at

| Date Received | Name and Title of Arresting Officer | Signature of Arresting Officer |
|---|---|---|
| Date of Arrest 7·18·05 | SEAN McLEOD    SDUSM | S. B. M[signature] |