IS A
(9/88)

# UNITED STATES DISTRICT COURT
## for the
## Eastern District of Virginia



MAY 31 2005

U.S.A. vs. Darren Williams                                    Docket No. 05-127-M

### Petition for Action on Conditions of Pretrial Release

COMES NOW Kimberly Kendrick, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant Darren Williams, who was placed under pretrial release supervision by the Honorable Barry R. Poretz sitting in the Court at Alexandria on March 1, 2005, under the following conditions:

1. pretrial services supervision; and
2. undergo substance abuse testing and/or treatment as directed by pretrial services.

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:

The defendant failed to report for urinalysis testing on May 14, 2005 and May 18, 2005.

The defendant failed to report for substance abuse treatment groups on may 16, 2005 and May 19, 2005.

The defendant has failed to notify pretrial services of his daily whereabouts as directed.

PRAYING THAT THE COURT WILL issue a warrant and the defendant show cause why his conditions of release should not be revoked.

| ORDER OF COURT | Respectfully, |
|---|---|
| Considered and ordered this __31__ day of __May__, 20_05_ and ordered filed and made a part of the records in the above case. | _Kimberly Kendrick_<br>U.S. Pretrial Services Officer |
| _____<br>U.S. Magistrate Judge | Place: Alexandria<br><br>Date: May 25, 2005 |

(5)